UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.   )<br>)<br>GERARD BLANCHARD )<br>)<br>Defendant. ) | Criminal No. 2:02-CR-91-5 |

## ORDER

On August 10, 2011, the United States of America filed an agreed upon motion requesting that the Court specially list this case for trial on a date approximately 90 days after the Court's last decision on a motion filed during the current motions period, or approximately 90 days after the expiration of the current motions filing deadline, and that the Court exclude the time between the date this proposed Order is signed and the trial date under the Speedy Trial Act pursuant to the interests of justice exclusion.  The agreed upon motion is GRANTED.

Defendant Blanchard was arrested in December 2010 and first appeared in this Court on January 13, 2011.  The current motions deadline is September 3, 2011.

This case alleges an unusually large and complex international drug conspiracy involving many co-conspirators, large quantities of drugs and large sums of money.  Trial of this matter will require the production of significant numbers of foreign witnesses and the introduction of substantial amounts of foreign evidence.  Due to these factors, the case is unusually complex and an order special listing the matter for trial and permitting 90 days to arrange and prepare for trial after the Court's last decision on a pre-trial motion or the expiration of the motions deadline is appropriate.

Counsel for the government has conferred with counsel for Defendant Blanchard and Blanchard has no objection to this motion.  Defendant recognizes that the grant of this motion

would result in the exclusion of time from computation under the Speedy Trial Act.  Defendant, defense counsel, and the government agree that the exclusion is appropriate and reasonable pursuant to 18 U.S.C. § 3161(h)(7)(A).

Pursuant to 18 U.S.C. § 3161(h)(7)(A), the Court finds that the ends of justice are best served by specially listing the case for trial on or about a date 90 days after the Court's last decision on a pretrial motion filed during the current motions period or by December 3, 2011, whichever is later, and outweigh the interests of defendants and the public in a speedy trial.  Trial prior to these dates would deny counsel for all parties, exercising due diligence, reasonable time to prepare for trial and arrange for the appearance of foreign witnesses and introduction of foreign evidence.  The motion is, therefore, GRANTED.  This matter is specially listed for trial on or about a date 90 days after the Court's last decision on a pretrial motion filed during the current motions period or by December 6, 2011, whichever is later.

It is FURTHER ORDERED that the period of delay between the signing of this Order and the date of trial in this matter referenced above shall be excluded in computing the time in which the trial in this case must commence pursuant to the Speedy Trial Act and this District's Plan for Prompt Disposition of Criminal Cases.   The time to be excluded as directed about shall commence on September 3, 2011 and continue through to December 6, 2011.

This matter is now scheduled as the number 1 criminal case on the Tuesday, December 6, 2011 jury draw calendar which is scheduled to begin in Burlington at 1:00 p.m.   A pretrial conference has been scheduled in this matter on Monday, November 21, 2011 at 11:30 a.m.

Dated at Burlington, in the District of Vermont, this 3rd day of October, 2011.

/s/ William K. Sessions III
WILLIAM K. SESSIONS III
United States District Judge