NOTICE OF HEARING

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF VERMONT

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>GERARD BLANCHARD | Case No: 2:02-cr-00091-wks-5 |

**TAKE NOTICE** that the above-entitled case has been scheduled at 2:30 p.m. on Monday, February 27, 2012, at Burlington, Vermont before the Honorable William K. Sessions III, District Judge, for Sentencing.

| | |
|---|---|
| **Location: Courtroom 542**<br>**Date of Notice: 10/25/2011** | **JEFFREY S. EATON, Clerk**<br><br>**By /s/Joanne A. Muir**<br>**Deputy Clerk** |

**TO:**

Tristram J. Coffin, USA

Richard C. Bothfeld, Esq.
Matthew D. Anderson, Esq.

Anne Nichols Pierce, Court Reporter

Guylaine Daoust, French Interpreter